UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONGCHENG LI,

               Petitioner,

v.

WARDEN, CALIFORNIA CITY
DETENTION FACILITY,

               Respondent.

No. 1:26-cv-03202-DJC-EFB

ORDER

Petitioner is a noncitizen who has been detained by Respondent since July 2025.  (Opp'n (ECF No. 7) at 2.)  Petitioner has been detained since that date without a bond hearing because he has not requested one.  (*Id.* at 3.)  In the Petition for Writ of Habeas Corpus before the Court, Petitioner seeking release from custody.  (ECF No. 1 at 8.)  However, Respondent concedes that Petitioner's current detention is governed by 8 U.S.C. § 1226(a) and, therefore, that Petitioner is entitled to a bond hearing.  (*See* Opp'n at 3 ("Petitioner is subject to discretionary detention authority under 8 U.S.C. § 1226(a) and is eligible for a bond hearing").)  As there is no dispute that Petitioner is entitled to a bond hearing pursuant to 8 C.F.R. § 1236.1(d), Petitioner is not entitled to relief on the basis identified in the Petition.

1

Summary for pro se Petitioner: Although the Court cannot grant release, the Government must give you a bond hearing at your request.  If you have an attorney, your attorney will be allowed at the hearing.  You must ask the Government for a bond hearing if you want to have one.

**CONCLUSION**

The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.[1]  The Clerk of the Court is directed to close this case.  This order resolves all pending Motions.

IT IS SO ORDERED.

Dated:   **June 5, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC7 – Li26cv03202.merits

---

[1] This denial is without prejudice to other claims for relief raised in a later habeas petition.

2